IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Bret Cooney (deceased) - :
Amanda Serrano, :
                        Petitioner :
                                 :
                  v. :
                                   :
Workers' Compensation Appeal :
Board (Patterson UTI, Inc.), :
                Respondent :          No. 1681 C.D. 2013

## O R D E R

NOW, August 1, 2014, having considered petitioner's application for reargument, rehearing, or rehearing *en banc*, the application is denied.

BY THE COURT:

DAN PELLEGRINI,
President Judge